Revised 03/06 WDNY

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK

21CV1147

**FORM TO BE USED IN FILING A CIVIL COMPLAINT IN FEDERAL COURT**
(Non-Prisoner Context)

All material filed in this Court is now available via the **INTERNET**. See **Pro Se Privacy Notice** for further information.

## 1. CAPTION OF ACTION

A. **Full Name of Plaintiff:** NOTE: *If more than one plaintiff files this action and seeks in forma pauperis status, **each** plaintiff must submit an in forma pauperis application or the only plaintiff to be considered will be the plaintiff who filed an application.*

Dr. Sharon DENISE Ervin

-vs-

B. **Full Name(s) of Defendant(s)** NOTE: *Pursuant to Fed.R.Civ.P. 10(a), the names of all parties must appear in the caption. The court may not consider a claim against anyone not identified in this section as a defendant.* **Add a separate sheet, if necessary.**

1. James L. Mohr - Pres. Niagara University
2. Niagara University - Pre-Med-Dept
3. 
4. 
5. 
6. 

## 2. STATEMENT OF JURISDICTION, VENUE and NATURE OF SUIT
*All of these sections MUST be answered*

Identify the basis for federal Court jurisdiction over your claim, such as that the United States government is a party to the action, all the parties reside in different states and therefore you claim diversity jurisdiction, or the claim presents a federal question or arises under federal law.

A. Basis of Jurisdiction in Federal Court: I am a medical student, from Niagara University. I completed my qualitative study. When I arrived to N.U. 6/1/21. They said that I had nothing

State why the Western District of New York is the proper venue for this action, such as that your claim arises in or the defendant resides in the 17 westernmost counties of New York State.

B. Reason for Venue in the Western District: _____

Identify the nature of this action, such as that it is a civil rights claim, a personal injury or personal property (tort) claim, a property rights claim, or whatever it is.

C. Nature of Suit: Civil

### 3. PARTIES TO THIS ACTION

**PLAINTIFF'S INFORMATION** NOTE: *To list additional plaintiffs, use this format on another sheet of paper.*

Name of First Plaintiff: James L. Mohr - Pres. Niagara University

Present Address: Lewiston N.Y. Niagara University N.Y.

Name of Second Plaintiff: Dr. Greene - Dean of Pre-med

Present Address: Lewiston N.Y. Niagara University N.Y.

**DEFENDANT'S INFORMATION** NOTE: *To list additional defendants, use this format on another sheet of paper.*

Name of First Defendant: Dr. Sharon Denise Ervin

Official Position of Defendant (if relevant): Doctor of medicine

Address of Defendant: 551 Ellicott Street, Buff. N.Y. 14203

Name of Second Defendant: ___

Official Position of Defendant (if relevant): ___

Address of Defendant: ___

Name of Third Defendant: ___

Official Position of Defendant (if relevant): ___

Address of Defendant: ___

### 4. PREVIOUS LAWSUITS IN STATE AND FEDERAL COURT

A. Have you begun any other lawsuits in **state or federal court** dealing with **the same facts involved in this action**?
Yes [✓]  No [ ]

If Yes, complete the next section. NOTE: *If you have brought more than one lawsuit dealing with the same facts as this action, use this format to describe the other action(s) on another sheet of paper.*

1. Name(s) of the parties to this other lawsuit:
Plaintiff(s): Niagara University, Dr. Greene, James L. Mohr

Defendant(s): Dr. Sharon Denise Ervin

2. Court (if federal court, name the district; if state court, name the county): Department of Justice

3. Docket or Index Number: 756969 TPV

4. Name of Judge to whom case was assigned: Not sure

5. The approximate date the action was filed: June 2, 2021

6. What was the disposition of the case?
   Is it still pending? Yes ☐ No ☐
   If not, give the approximate date it was resolved. Not resolved

   Disposition (check those statements which apply):
   ☐ <u>Dismissed</u> (check the statement which indicates why it was dismissed):
       ☐ By court *sua sponte* as frivolous, malicious or for failing to state a claim upon which relief can be granted;
       ☐ By court for failure to prosecute, pay filing fee or otherwise respond to a court order;
       ☐ By court due to your voluntary withdrawal of claim;
   ☐ <u>Judgment</u> upon motion or after trial entered for
       ☐ plaintiff
       ☐ defendant.

## 5. STATEMENT OF CLAIM

**Please note** that it is not enough to just list the ground(s) for your action. You **must** include a statement of the facts which you believe support each of your claims. In other words, just tell the story of what happened and do not use legal jargon.

**Fed.R.Civ.P. 8(a)** states that a pleading must contain "a short and plain statement of the claim showing that the pleader is entitled to relief." "The function of pleadings under the Federal Rules is to give fair notice of the claim asserted. Fair notice is that which will enable the adverse party to answer and prepare for trial, allow the application of res judicata, and identify the nature of the case so it may be assigned the proper form of trial." <u>Simmons v. Abruzzo</u>, 49 F.3d 83, 86 (2d Cir. 1995).

**Fed.R.Civ.P. 10(b)** states that "[a]ll averments of claim ... shall be made in numbered paragraphs, the contents of each of which shall be limited as far a practicable to a single set of circumstances."

**A. FIRST CLAIM:** On *(date of the incident)* June 2, 2021 for Sharon D. Ervin, defendant *(give the **name and (if relevant) the position held** of **each defendant** involved in this incident)* against Niagara University. Claim field with the DoJ 756969 TPV

3

did the following to me (*briefly state what each defendant named above did*): Sharon D. Ervin Arrived at Niagara University June 2, 2021 to recive all documents to complete a medical doctorial degree. The school said. They didn't know anything about my degree or graduation for Niagara University

The federal basis for this claim is: Civil Rights

State briefly **exactly** what you want the Court to do for you. *Make no legal arguments and cite no cases or statutes*: I would like court collect my doctorial package from Niagara University because I am the Persident of the Food and Drug Administration.

**B. SECOND CLAIM:** On (*date of the incident*) _____,
defendant (*give the name and (if relevant) position held of each defendant involved in this incident*) _____

did the following to me (*briefly state what each defendant named above did*): _____

The federal basis for this claim is: _____

State briefly **exactly** what you want the Court to do for you. *Make no legal arguments and cite no cases or statutes*: _____

**If you have additional claims, use the above format to set them out on additional sheets of paper.**

4

## 6. SUMMARY OF RELIEF SOUGHT

*Summarize the relief requested by you in each statement of claim above.*

_____
_____
_____
_____
_____

Do you want a **jury trial**? Yes ☐  No ☑

**I declare under penalty of perjury that the foregoing is true and correct.**

Executed on  10/25/21
             (date)

**NOTE:** *Each plaintiff must sign this complaint and must also sign all subsequent papers filed with the Court.*

_Dr. Sharon Denise Ervin_
Dr. SHARON DENISE Ervin

Signature(s) of Plaintiff(s)

5

# CIVIL COVER SHEET

JS 44 (Rev. 04/21)

The JS 44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. *(SEE INSTRUCTIONS ON NEXT PAGE OF THIS FORM.)*

Case 1:21-cv-01147-JLS   Document 1   Filed 10/25/21   Page 6 of 6

## I. (a) PLAINTIFFS
Dr. Sharon Denise Ervin

## DEFENDANTS
21CV1147
James L. Mohr (Pre-med)
Niagara University

**(b)** County of Residence of First Listed Plaintiff: Dr. Sharon Denise Ervin
*(EXCEPT IN U.S. PLAINTIFF CASES)*

County of Residence of First Listed Defendant: Niagara University
*(IN U.S. PLAINTIFF CASES ONLY)*
NOTE: IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE TRACT OF LAND INVOLVED.

**(c)** Attorneys *(Firm Name, Address, and Telephone Number)*

FILED OCT 25 2021 — UNITED STATES DISTRICT COURT, WESTERN DISTRICT OF NY — MARY C. LOEWENGUTH, CLERK

Attorneys *(If Known)*

## II. BASIS OF JURISDICTION *(Place an "X" in One Box Only)*

- [ ] 1 U.S. Government Plaintiff
- [ ] 2 U.S. Government Defendant
- [ ] 3 Federal Question (U.S. Government Not a Party)
- [ ] 4 Diversity (Indicate Citizenship of Parties in Item III)

## III. CITIZENSHIP OF PRINCIPAL PARTIES *(Place an "X" in One Box for Plaintiff and One Box for Defendant)* (For Diversity Cases Only)

| | PTF | DEF | | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | [X] 1 | [ ] 1 | Incorporated *or* Principal Place of Business In This State | [ ] 4 | [ ] 4 |
| Citizen of Another State | [ ] 2 | [ ] 2 | Incorporated *and* Principal Place of Business In Another State | [ ] 5 | [ ] 5 |
| Citizen or Subject of a Foreign Country | [ ] 3 | [ ] 3 | Foreign Nation | [ ] 6 | [ ] 6 |

## IV. NATURE OF SUIT *(Place an "X" in One Box Only)*

[X] 690 Other — "Medical doctorial package was not released to this Plaintiff"
[X] 830 Patent
[X] 840 Trademark

## V. ORIGIN *(Place an "X" in One Box Only)*

[X] 1 Original Proceeding
[ ] 2 Removed from State Court
[ ] 3 Remanded from Appellate Court
[ ] 4 Reinstated or Reopened
[ ] 5 Transferred from Another District *(specify)*
[ ] 6 Multidistrict Litigation - Transfer
[ ] 8 Multidistrict Litigation - Direct File

## VI. CAUSE OF ACTION
Cite the U.S. Civil Statute under which you are filing *(Do not cite jurisdictional statutes unless diversity)*:
Civil Law

Brief description of cause:
N.U. refused to release my medical doctorial package

## VII. REQUESTED IN COMPLAINT:
[ ] CHECK IF THIS IS A CLASS ACTION UNDER RULE 23, F.R.Cv.P.
DEMAND $
CHECK YES only if demanded in complaint:
JURY DEMAND: [ ] Yes [ ] No

## VIII. RELATED CASE(S) IF ANY
*(See instructions)*
JUDGE
DOCKET NUMBER

DATE: 10/25/21
SIGNATURE OF ATTORNEY OF RECORD: Dr. Sharon Denise Ervin

**FOR OFFICE USE ONLY**
RECEIPT #     AMOUNT     APPLYING IFP     JUDGE     MAG. JUDGE